Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:  (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:        mark@markmerin.com
                    paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF BRYAN DEBBS,
SHELLEY DEBBS, and RIGOBERTO ARRIAGA

LONGYEAR & LAVRA, LLP
Van Longyear, CSB No.: 84189
Nicole M. Cahill, CSB No.: 287165
Ashley M. Calvillo, CSB No.: 340128
555 University Avenue, Suite 280
Sacramento, CA 95825
Phone: 916-974-8500
Facsimile: 916-974-8510
Email: longyear@longyearlaw.com
            cahill@longyearlaw.com
            calvillo@longyearlaw.com

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, and SCOTT R. JONES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF BRYAN DEBBS, SHELLEY DEBBS, and RIGOBERTO ARRIAGA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, SCOTT R. JONES, and DOE 3 to 50,<br><br>                    Defendants. | Case No. 2:20-cv-01153-TLN-DB<br><br>**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER** |

1

# STIPULATION

Pursuant to Local Rule 270, the parties—Plaintiffs Estate of Bryan Debbs, Shelley Debbs, and Rigoberto Arriaga (collectively, "Plaintiffs") and Defendants County of Sacramento, Sacramento County Sheriff's Department, and Scott R. Jones (collectively, "Defendants")—submit the following Joint Stipulation for Settlement Conference.

WHEREAS, the parties jointly agree to participate in a settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Kendall J. Newman to conduct a settlement conference in this matter on November 6, 2023; and

Now, THEREFORE, the parties STIPULATE:

1. that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference;
2. that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 6, 2023; and
3. that the parties shall file an updated Joint Status Report by November 13, 2023, including whether a settlement has been reached. If a settlement has been reached, the parties shall execute and file dispositional documents in accordance with Local Rule 160. If a settlement has not been reached, the parties shall propose dates for the final pretrial conference and trial.

IT IS SO STIPULATED.

Dated: August 23, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    ESTATE OF BRYAN DEBBS,
    SHELLEY DEBBS, and RIGOBERTO ARRIAGA

2

**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER**
*Estate of Debbs v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01153-TLN-DB

Dated: August 23, 2023

Respectfully Submitted,
LONGYEAR & LAVRA, LLP

*/s/ Van Longyear*
(as authorized on August 23, 2023)
By: _____
Van Longyear
Nicole M. Cahill
Ashley M. Calvillo

Attorneys for Defendants
COUNTY OF SACRAMENTO,
SACRAMENTO COUNTY SHERIFF'S
DEPARTMENT, and SCOTT R. JONES

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

1. This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference.

2. A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 6, 2023, at 1:00 p.m.

3. The parties shall file an updated Joint Status Report by November 13, 2023, including whether a settlement has been reached. If a settlement has been reached, the parties shall execute and file dispositional documents in accordance with Local Rule 160. If a settlement has not been reached, the parties shall propose dates for the final pretrial conference and trial.

IT IS SO ORDERED.

DATED: August 23, 2023

_____
Troy L. Nunley
United States District Judge

**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER**
*Estate of Debbs v. County of Sacramento*, United States District Court, Eastern District of California, Case No. 2:20-cv-01153-TLN-DB