UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF BRYAN DEBBS, et al., | No. 2:20-cv-01153-DC-SCR |
| Plaintiffs, | |
| v. | <u>ORDER ENTERING JUDGMENT AGAINST DEFENDANT PURSUANT TO NOTICE OF ACCEPTED RULE 68 OFFER</u> |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | (Doc. No. 60) |

On February 6, 2025, Plaintiffs[1] filed a Notice of Acceptance of Defendants' Offer of Judgment under Federal Rule of Civil Procedure 68 (the "Notice"), informing the court that the parties have reached a settlement resolving this action. (Doc. No. 60.)

Pursuant to Federal Rule of Civil Procedure 68(a), at least 14 days before trial, a defendant may serve an offer to allow judgment on specified terms to the opposing party. Fed. R. Civ. P. 68(a). Any acceptance by the opposing party of the offer must be made through written notice. *Id.* Thereafter, "either party may then file the offer and notice of acceptance, plus proof of service." *Id.*

---

[1] On January 31, 2025, Plaintiffs filed a notice of death of Plaintiff Rigoberto Arriaga. (Doc. No. 58.) Because Plaintiff Rigoberto Arriaga's claims brought as successor-in-interest on behalf of the Estate of Bryan Debbs are maintained by his co-successor-in-interest Plaintiff Shelley Debbs, and Plaintiff Arriaga's individual claim for the wrongful death of his son has been extinguished by Plaintiff Arriaga's death, Plaintiff Arriaga is hereby terminated from this action.

1

Here, Plaintiffs accepted Defendants' Rule 68 Offer of Judgment in writing by filing the Notice on February 6, 2025. (Doc. No. 60.) Pursuant to the accepted Rule 68 offer, Defendants agree to allow entry of judgment in favor of Plaintiffs in the amount of $600,000.00, which includes all costs and attorneys' fees otherwise recoverable in this action. (*Id.* at 3.)

Accordingly,

1. The court hereby enters judgment against Defendants and in favor of Plaintiffs in the amount of $600,000.00, pursuant to the terms of the Notice filed in this case on February 6, 2025 (Doc. No. 60);
2. In light of the notice of Plaintiff Rigoberto Arriaga's death (Doc. No. 58), Plaintiff Rigoberto Arriaga is terminated from this action;
3. All dates and deadlines in this case are VACATED; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 7, 2025**

Dena Coggins
United States District Judge

2